Bruce S. Simon, Respondent, v Amy E. Simon, Appellant.

Submitted May 29, 2012; decided August 30, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Chief Judge Lippman taking no part.

Everett Stembridge, Appellant, v New York City Department of Education, Respondent.

Submitted June 11, 2012; decided August 30, 2012

Motion for reargument of motion for leave to appeal denied [see 19 NY3d 802 (2012)].